**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**



| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 2:25-CR-186 |
| Plaintiff, | |
| v. | JUDGE Morrison |
| **HECTOR VELANDIA-ANAYA,** | **INDICTMENT** |
| Defendant. | 18 U.S.C. §§ 111(a)(1) and (b) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Assaulting, Resisting, or Impeding a Federal Officer)**

On or about the November 2, 2025, in the Southern District of Ohio, the defendant, **HECTOR VELANDIA-ANAYA**, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, to wit: C.H., a federal officer working in his assigned capacity with U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), while C.H. was engaged in the performance of his official duties and on account of the performance of official duties, with a dangerous or deadly weapon.

**In violation of 18 U.S.C. §§ 111(a)(1) and (b).**

**COUNT TWO**
**(Assaulting, Resisting, or Impeding a Federal Officer)**

On or about the November 2, 2025, in the Southern District of Ohio, the defendant, **HECTOR VELANDIA-ANAYA**, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, to wit: H.R., a federal officer working in his assigned capacity with U.S. Immigration and Customs Enforcement (ICE)

Enforcement and Removal Operations (ERO), while H.R. was engaged in the performance of his official duties and on account of the performance of official duties, with a dangerous or deadly weapon.

**In violation of 18 U.S.C. §§ 111(a)(1) and (b).**

**A TRUE BILL.**

**_s/Foreperson_**
**FOREPERSON**

**DOMINICK S. GERACE**
**United States Attorney**

**EMILY CZERNIEJEWSKI (IL 6308829)**
**Assistant United States Attorney**