# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 2:25-CR-186 |
| Plaintiff, | **CHIEF JUDGE SARAH D. MORRISON** |
| vs. | |
| **HECTOR VELANDIA-ANAYA,** | |
| Defendant. | |

## GOVERNMENT'S MOTION TO FIND PREVIOUSLY FILED STAY ORDER OF PRE-TRIAL RELEASE MOOT

The United States respectfully moves the Court to find that the previous motion by the Government to stay the pre-trial release order in this case is **MOOT**. (*See* ECF# 14). Since the filing of that motion, the government since learned (and further confirmed) that the defendant has been released from Butler County Jail as well as Immigration and Customs Enforcement custody and is currently back at his residence in Columbus, Ohio. Based on that information, the prior motion filed by the government to stay his release pending a motion to revoke is no longer ripe.

Respectfully submitted,

DOMINICK S. GERACE, II
United States Attorney

s/*Emily Czerniejewski*
EMILY CZERNIEJEWSKI
(IL 6308829)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 406-3572

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Stay Order of Pre-Trial Release was served this 21st day of November 2025, electronically on all counsel of record.

s/*Emily Czerniejewski*
 EMILY CZERNIEJEWSKI
(IL 6308829)
Assistant United States Attorney
